

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-13-00167-CR

---

IN RE:  JONATHAN TRUJILLO

---

Original Mandamus Proceeding

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Jonathan Trujillo, relator, filed a petition for a writ of mandamus asking this Court to compel the trial court to appoint new counsel to represent him in two appeals currently pending before this Court, cause numbers 06-13-00040-CR and 06-13-00041-CR. Trujillo has now filed a motion to dismiss this petition, which we grant.

We dismiss the petition for writ of mandamus.

Bailey C. Moseley
Justice

Date Submitted:     August 7, 2013
Date Decided:       August 8, 2013

Do Not Publish

2